**Order entered September 10, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00777-CV

## IN RE JAY SANDON COOPER, Relator

**Original Proceeding from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-86065-2019**

## ORDER
Before Justices Schenck, Nowell, and Garcia

It has come to the Court's attention that relator has been deemed a vexatious litigant and is subject to a prefiling order, but the Court does not have an order from the local administrative judge allowing the filing of this original proceeding. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.102. Accordingly, pursuant to section 11.1035 of the Texas Civil Practice and Remedies Code, this original proceeding is **STAYED**, and will be dismissed without further notice unless, no later than **September 21, 2021**, relator obtains an order from the appropriate local administrative judge permitting the filing of this original proceeding and files the

order with this Court. *See id.* 11.035(b); *see also Cooper v. McNulty*, No. 05-15-00801-CV, 2016 WL 6093999, at \*3 (Tex. App.—Dallas Oct. 19, 2016, no pet.) (mem. op.) (original proceeding for writ of mandamus is civil proceeding even if it arises from criminal proceeding); *In re Rodriguez*, No. 04-20-00322-CV, 2020 WL 4483663, at \*1 (Tex. App.—San Antonio Aug. 5, 2020, orig. proceeding) (mem. op. per curiam) (dismissing original proceeding for writ of mandamus on ground relator filed without permission of local administrative judge).

/s/    DENNISE GARCIA
        JUSTICE